UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00292-BR

| | | |
|---|---|---|
| MIDLAND FUNDING LLC,<br>ROBERT J. BERNHARDT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | ORDER |
| v. | )<br>) | |
| RANDY L. THOMAS. , | )<br>) | |
| Defendant. | ) | |

This matter is before the court on the 11 August 2011 Amended Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates on review of the case pursuant to 28 U.S.C. § 1915(e)(2)(B). The deadline for the filing of any objection to the M&R has passed, and defendant has filed no objections. The court adopts the M&R as its own, and for the reasons stated therein, this action is REMANDED to Mecklenburg County District Court. The Clerk is DIRECTED to send a copy of this order and the M&R to the Clerk of that court.

This 2 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge